SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRIATE CASE NO. 21-00129 |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION TO SEAL DOCUMENT |
| JOSE PABLO ANANICH, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the Complaint in the above-entitled case, for the reason that law enforcement is still working on others involved in an on-going drug trafficking investigation.

Respectfully submitted this 2nd day of June, 2021.

        SHAWN N. ANDERSON
        United States Attorney
        Districts of Guam and NMI

By: _____
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney